**CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

```
NEIL ROBERTS, et al.,,         :
                               :      Civil Action No. 10-5916 (FSH)
          Plaintiffs,          :
                               :
     v.                        :      ORDER
                               :
OSCAR AVILES, et al.,          :
                               :
          Defendants.          :
```

For the reasons expressed in the Opinion filed herewith,

IT IS on this 30th day of November, 2010,

ORDERED that the Clerk of the Court shall supply to each Plaintiff a blank form Application, for use by non-prisoners, to Proceed In Forma Pauperis in a Civil action; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the Complaint or assessing a filing fee; and it is further

ORDERED that if Plaintiffs wish to reopen this action, they shall so notify the Court, in writing addressed to the Clerk of the Court, Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07101, within 30 days of the date of entry of this Order; Plaintiffs' writing shall include either (1) the $350 filing fee, or (2) a complete in forma pauperis application, from each plaintiff, establishing their eligibility to proceed in forma pauperis; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiffs by regular U.S. mail.

<u>S/ Faith S. Hochberg</u>
Faith S. Hochberg
United States District Judge